UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CHAU,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　　Defendants. | Case No.: 16-CV-0927 W (NLS)<br><br>**ORDER GRANTING ATTORNEYS' MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

　　　Attorney Elliott N. Kanter and the Law Office of Elliott N. Kanter (collectively "Attorneys") have filed a motion to withdraw as attorney of record for Plaintiff Paul Chau. The motion is unopposed.

　　　"The grant or denial of an attorney's motion to withdraw in a civil case is a matter addressed to the discretion of the trial court . . . ." Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982). Factors considered in evaluating the motion are "1) the reasons why withdrawal is sought; 2) the prejudice withdrawal may cause to other litigants; 3) the harm withdrawal might cause to the administration of justice; and 4) the degree to which withdrawal will delay the resolution of the case." CE Resource, Inc. v. Magellan Group, LLC, 2009 WL 3367489, at *2 (E.D.Cal. 2009) (citing Canandaigua Wine Co., Inc. v. Moldauer, 2009 WL 89141, at *1 (E.D.Cal. 2009)).

Attorneys contend that irreconcilable differences have arisen during this case, which has made it "virtually impossible to properly represent Mr. Chau." (*Mot.* [Doc. 30] 2:7–10.) Additionally, Attorneys contend "Mr. Chau has made promises as to compensation for his attorney costs and fees, which have not been fulfilled." (*Id.* 2:11–12.) Mr. Chau's failure to pay the attorneys' fees is a sufficient ground to justify withdrawal. See, CA ST RPC Rule 3-700(B)(f).

Additionally, there is nothing in the record suggesting that Attorneys' withdrawal will prejudice the litigants in this matter, will harm the administration of justice or unduly delay the resolution of this case. Attorneys have notified and served a copy of this motion on Mr. Chau, who was aware of the deadline for filing his opposition. (*Kanter Decl.* [Doc. 46] ¶¶ 2–6.) The motion was also served on the Defendant. (*Cert. of Service* [Doc. 30-2].) To date, no opposition to the motion has been filed.

For all these reasons, the Court **GRANTS** Attorney Elliott N. Kanter and the Law Office of Elliott N. Kanter's motion to withdraw as attorney of record for Plaintiff Paul Chau [Doc. 30]. Attorneys' are **ORDERED** to provide a copy of this order to Plaintiff, who shall provide the Court with an address on or before **August 18, 2017**.

**IT IS SO ORDERED.**

Dated: August 8, 2017

Hon. Thomas J. Whelan
United States District Judge